## United States Bankruptcy Court
### Northern District of Florida

In re    Mackel Arthur Carter

Debtor(s)

Case No.    18-50055
Chapter    11

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
Schedules E and F to designate disputed debts

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date:    June 1, 2018

/s/ Charles M. Wynn
Charles M. Wynn 0241695
Attorney for Debtor(s)
Charles Wynn Law Offices, P.A.
P. O. Box 146
Marianna, FL 32447-0147
(850) 526-3520 Fax:(850) 526-5210
court@wynnlaw-fl.com

## United States Bankruptcy Court
### Northern District of Florida

In re:    Mackel Arthur Carter

Debtor(s)

Case No.    18-50055
Chapter    11

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of __12__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date   June 1, 2018

Signature    /s/ Mackel Arthur Carter
Mackel Arthur Carter
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

| Debtor 1 | **Mackel Arthur Carter** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF FLORIDA

Case number **18-50055**
(if known)

■ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List All of Your PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims against you?
    ☐ No. Go to Part 2.
    ■ Yes.

2.  List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Bay County Tax Collector** | Last 4 digits of account number ____ ____ ____ ____ | $2,391.48 | $2,391.48 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**PO Box 2285**
**Panama City, FL 32402**
Number Street City State Zip Code

When was the debt incurred?   **2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply
■ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ■ Disputed
☐ At least one of the debtors and another
                                                  Type of PRIORITY unsecured claim:
☐ Check if this claim is for a  community debt      ☐ Domestic support obligations
Is the claim subject to offset?                     ■ Taxes and certain other debts you owe the government
■ No                                               ☐ Claims for death or personal injury while you were intoxicated
☐ Yes                                              ☐ Other. Specify _____
                                                   **Real Property Taxes - Grand Lagoon Shores Unit**
                                                   **11 - this debt is disputed as the debt was paid in**
                                                   **full on 11/27/17**

Debtor 1  **Mackel Arthur Carter** _____    Case number (if known)  **18-50055**

| 2.2 | **Internal Revenue Centralized Insolvency** | Last 4 digits of account number | | **$5,383.25** | **$5,383.25** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name
P.O. Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
                     ***POC # 2**

---

| 2.3 | **Leigh Ann Carter** | Last 4 digits of account number | | **Unknown** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name
90 Sandal Lane
Panama City Beach, FL 32413
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

■ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
                     Amended to add May 2018; Debtor pays former
                     wife $2,000.00 per month permanent periodic
                     alimony.

---

| 2.4 | **State of Florida - Department of Revenue** | Last 4 digits of account number | | **$34,854.52** | **$17,427.26** | **$17,427.26** |
|---|---|---|---|---|---|---|

Priority Creditor's Name
Bankruptcy Section
PO Box 6668
Tallahassee, FL 32314-6668
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
                     ***POC # 1 - Sales and Use Tax**

---

**List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority**

Debtor 1   Mackel Arthur Carter _____   Case number (if know)   18-50055

unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**Total claim**

| 4.1 | **American Honda Finance** | | Last 4 digits of account number | 7899 | | $18,478.00 |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 1027**
**Alpharetta, GA 30009**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **Debtor disputes this debt as this was a car that was wrecked and the debt was charged off in 2010.**

---

| 4.2 | **Asset acceptance LLC** | | Last 4 digits of account number | | | $7,461.00 |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 1630**
**Warren, MI 48090-1630**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **debtor does not recognize this debt**

---

| 4.3 | **Bank Of America** | | Last 4 digits of account number | 5143 | | Unknown |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Nc4-105-03-14**
**Po Box 26012**
**Greensboro, NC 27410**
Number Street City State Zip Code

**When was the debt incurred?** **Opened 12/05  Last Active 11/20/09**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Credit Line Secured**

---

Debtor 1   **Mackel Arthur Carter**                                   Case number (if known)   **18-50055**

---

| 4.4 | **Bank of America** | Last 4 digits of account number | | **$8,640.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 982235**
**El Paso, TX 79998-2235**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.                    As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ■ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a  community             ☐ Student loans
debt
                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                       report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ■ Other. Specify   **debtor does not recognize this debt**

---

| 4.5 | **Bay Credit Union** | Last 4 digits of account number | | **$2,489.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Po Box 2239**
**Panama City, Fl 32402**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.                    As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a  community             ☐ Student loans
debt
                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                       report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ■ Other. Specify   **charged off boat loan**

---

| 4.6 | **Bennett's Reef, Inc** | Last 4 digits of account number | | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**15238 Front Beach Road**
**Panama City Beach, FL 32413**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.                    As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a  community             ☐ Student loans
debt
                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                       report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                     **Debtor personally guaranteed the Lease**
                                                     **Agreement between Mackel Arthur Carter**
                                                     **Enterprises, Inc and Bennett's Reef, Inc**
☐ Yes                          ■ Other. Specify      **$35,000 per year**

---

Debtor 1   **Mackel Arthur Carter**                                                 Case number (if know)    **18-50055**

---

| 4.7 | **Capital One** | Last 4 digits of account number | 7985 | $1,846.50 |

Nonpriority Creditor's Name
**Attn: General
Correspondence/Bankruptcy
Po Box 30285
Salt Lake City, UT 84130**
Number Street City State Zip Code

**When was the debt incurred?**   Opened 11/17  Last Active 1/15/18

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **\*\*\* POC # 3 - Credit Card**

---

| 4.8 | **Capital One** | Last 4 digits of account number | 2886 | $268.00 |

Nonpriority Creditor's Name
**Attn: General
Correspondence/Bankruptcy
Po Box 30285
Salt Lake City, UT 84130**
Number Street City State Zip Code

**When was the debt incurred?**   Opened 10/12  Last Active 2/07/18

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Credit Card - Debtor disputes this debt as it belonged to his wife and she has paid this account in full and took his name off the account.**

☐ Yes                                             ■ Other. Specify

---

| 4.9 | **Capital Recovery Solutions** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**2400 Augusta Drive, Ste 212
Houston, TX 77057**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **collection agency for Centennial**

---

Debtor 1   **Mackel Arthur Carter**

Case number (if know)   **18-50055**

---

| 4.1 0 | **Centennial Bank** | Last 4 digits of account number | | $476,068.83 |

Nonpriority Creditor's Name

as successor to Coastal Bank
c/o Richard E. Storfer, Esq.
101 NE 3rd Avenue, Ste 1800
Fort Lauderdale, FL 33301

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   2009

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***POC # 5 - Final Judgment in Case # 08-5244 CA -personal loan for another restaurant - surrendered this property

---

| 4.1 1 | **Chase Card** | Last 4 digits of account number   4539 | | $6,463.00 |

Nonpriority Creditor's Name

PO Box 15298
Wilmington, DE 19850

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   credit card debt - debtor disputes this debt as it is 10-12 years old

---

| 4.1 2 | **Credit One Bank** | Last 4 digits of account number | | $1.00 |

Nonpriority Creditor's Name

PO Box 60500
City Of Industry, CA 91716

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   credit card

---

Debtor 1  **Mackel Arthur Carter**

Case number (if know)  **18-50055**

---

| 4.1 3 | **Credit One Bank Na** | | Last 4 digits of account number | 3385 | | | $738.00 |

**Credit One Bank Na**
Nonpriority Creditor's Name

**Po Box 98873**
**Las Vegas, NV 89193**
Number Street City State Zip Code

**When was the debt incurred?**  **Opened 01/15  Last Active 1/02/18**

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify  **Credit Card**

---

| 4.1 4 | **Deutsche Bank National Trust** | | Last 4 digits of account number | | | | $122,149.21 |

**Deutsche Bank National Trust**
Nonpriority Creditor's Name

**c/o Robertson , Anschutz & Schneid P.L.**
**6409 Congress Ave, Ste 100**
**Boca Raton, FL 33487**
Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No

**Debtor disputes this debt as the debt was settled - Bay County Lawsuit #17-102 CA - Boca Lagoon - 1st Mortgage**

☐ Yes

■ Other. Specify  **Bay County Lawsuit #08-4027 CA - foreclosure - case dismissed 2011**

---

Debtor 1  **Mackel Arthur Carter**

Case number (if know)  **18-50055**

---

| 4.1 5 | **LVNV Funding, LLC** | Last 4 digits of account number  **3763** | **$29,076.00** |
|---|---|---|---|

Nonpriority Creditor's Name

c/o Resurgent Capital Services
PO Box 10497 MS 576
Greenville, SC 29603

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  debtor does not recognize this debt

---

| 4.1 6 | **Midland Credit Management, Inc** | Last 4 digits of account number  **7810** | **$9,144.92** |
|---|---|---|---|

Nonpriority Creditor's Name

2365 Northside Drive, Suite 300
San Diego, CA 92108

Number Street City State Zip Code

When was the debt incurred?  **2017**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  formerly FIA Card Services - the debtor disputes this debt as it is from 2003, 2004 and 2005

---

| 4.1 7 | **Midland Credit Management, Inc,** | Last 4 digits of account number  **7800** | **$15,529.80** |
|---|---|---|---|

Nonpriority Creditor's Name

2365 Northside Dr., Ste 300
San Diego, CA 92108

Number Street City State Zip Code

When was the debt incurred?  **2017**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  formerly Chase Bank USA, NA - debtor disputes this debt is from 2003 , 2004 and 2005

---

Debtor 1 __Mackel Arthur Carter__    Case number (if know)  __18-50055__

---

| 4.1 8 | **Midland Credit Management, Inc,** | Last 4 digits of account number __9660__ | $4,839.90 |

Nonpriority Creditor's Name
2365 Northside Dr., Ste 300
San Diego, CA 92108

When was the debt incurred? __2017__

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

- ■ No
- ☐ Yes

■ Other. Specify  **formerly Cit Bank - debtor disputes this debt as it is from 2003, 2004 and 2005**

---

| 4.1 9 | **Midland Credit Management, Inc,** | Last 4 digits of account number __1372__ | $1,327.20 |

Nonpriority Creditor's Name
2365 Northside Dr., Ste 300
San Diego, CA 92108

When was the debt incurred? __2017__

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

- ■ No
- ☐ Yes

■ Other. Specify  **Formerly Citibank - debtor disputes this debt as it is from 2003, 2004 and 2005**

---

| 4.2 0 | **Midland Funding** | Last 4 digits of account number | $1,783.00 |

Nonpriority Creditor's Name
8875 Aero Dr
Suite 200
San Diego, CA 92123

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

- ■ No
- ☐ Yes

■ Other. Specify  **formerly GE Moneybank - debtor disputes this debt as it is from 2003, 2004 and 2005**

---

Debtor 1   **Mackel Arthur Carter**

Case number (if known)   **18-50055**

---

| 4.2 1 | **Mr. Cooper formerly Nationstar Mortgage** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**8950 Cypress Creek Blvd**
**Coppell, TX 75019**

Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

---

| 4.2 2 | **Nationstar Mortgage** | Last 4 digits of account number | 3130 | $288,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 199111**
**Dallas, TX 75219-9111**

Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

When was the debt incurred?   12/12/2005

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **114 Boca Lagoon Drive, Panama City Beach - 2nd Mortgage - debtor disputes this debt as it is the original mortgage holder on the property involved in the lawsuit that was settled**

---

| 4.2 3 | **RCS Recovery Services, LLC** | Last 4 digits of account number | 3130 | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Hunt & Kahn PA**
**PO Box 934788**
**Pompano Beach, FL 33093-4788**

Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **collection agency for RCS former creditor - Deutsche Bank**

---

Debtor 1  Mackel Arthur Carter                                                    Case number (if know)  18-50055

| 4.24 | Real Time Resolutions | Last 4 digits of account number | 5143 | Unknown |

Nonpriority Creditor's Name

1349 Empire Central Drive
Suite 150
Dallas, TX 75247-4029

Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  collection agency for Deutsche/Countrywide

| 4.25 | Specialized Loan Servicing | Last 4 digits of account number | 7177 | $0.00 |

Nonpriority Creditor's Name

PO Box 630147
Littleton, CO 80163-0147

Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  home loan with ex-wife, Leigh Ann Carter

### List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

### Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. Domestic support obligations | 6a. | $ | 0.00 |
| | 6b. Taxes and certain other debts you owe the government | 6b. | $ | 42,629.25 |
| | 6c. Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| | 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. Total Priority. Add lines 6a through 6d. | 6e. | $ | 42,629.25 |
| | | | | Total Claim |
| Total claims from Part 2 | 6f. Student loans | 6f. | $ | 0.00 |
| | 6g. Obligations arising out of a separation agreement or divorce that | 6g. | $ | 0.00 |

Official Form 106 E/F                       Schedule E/F: Creditors Who Have Unsecured Claims                       Page 11 of 12

Debtor 1  **Mackel Arthur Carter**                                        Case number (if know)   **18-50055**

|  | you did not report as priority claims | | |
|---|---|---|---|
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $          0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $     994,303.36 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $     994,303.36 |

**The following creditor was added to the schedules:**

Leigh Ann Carter
90 Sandal Lane
Panama City Beach, FL  32413

**The following creditors were previously listed on the schedules but have been labeled as disputed:**

American Honda Finance
PO Box 168088
Irving, TX  75016

Asset Acceptance LLC
PO Box 1630
Warren, MI  48090-1630

Bank of America
PO Box 982238
El Paso, TX  7998-2238

Bay County Tax Collector
PO Box 2285
Panama City, FL  32402-2285

Capital One
Attn: General Correspondence/Bankruptcy
PO Box 30285
Salt Lake City, UT  84130-0285

Chase Card
PO Box 15298
Wilmington, DE  19850-5298

Deutsche Bank National Trust
c/o Robertson, Anschutz & Schneid, PL
6409 Congress Ave, Ste 100
Boca Raton, FL  33487-2853

LVNV Funding, LLC
c/o Resurgent Capital Services
PO Box 10497 MS 576
Greenville, SC  29603-0497

Midland Credit Management, Inc
2365 Northside Drive, Suite 300
San Diego, CA  92108-2709

Midland Funding
8875 Aero Dr
Suite 200
San Diego, CA  92123-2255

Nationstar Mortgage
PO Box 199111
Dallas, TX  75219-9111